# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARLENA N. TAYLOR,

    Plaintiff,

v.

MCCARREN AIRPORT, *et al*.,

    Defendants.

Case No. 2:10-CV-00524-KJD-RJJ

**ORDER**

    Certified court mail addressed to Plaintiff has been returned as undeliverable. Accordingly, the Court dismisses the complaint against Defendants without prejudice in accordance with Local Special Rule 2-2 for Plaintiff's failure to update her current address.

**IT IS SO ORDERED.**

    DATED this 26th day of April 2010.

_____
Kent J. Dawson
United States District Judge