UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARLENA TAYLOR, | ) | |
| Plaintiff, | ) | 2:10-cv-524-KJD-RJJ |
| vs. | ) | |
| McCARREN AIRPORT, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the undersigned Magistrate Judge on Plaintiff's Motion to Stay (#8).

The Court having reviewed the Motion (#8) and the file herein, finds that this case was dismissed on April 24, 2010. *See*, Order Dismissing Case (#5). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Stay (#8) is **DENIED** because this case is closed.

IT IS FURTHER ORDERED that the Clerk shall send Plaintiff a copy of Order (#5) and Clerk's Judgment (#6) along with a copy of this Order.

DATED this   20th   day of July, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge